UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-7033 PA (PDx) | Date | June 2, 2022 |
|---|---|---|---|
| Title | JT Legal Group APC v. Yagoubzadeh Law Firm LLP, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman (video) | Myra Ponce (video) | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Alin Ghayvandian (video) | Lara Petersen (video) |

**Proceedings:** STATUS CONFERENCE by ZOOM

The parties have reached a settlement. The parties recite the terms of the settlement on the record. Each party states their understanding and approval of the essential terms of the settlement. The Court dismisses this action without prejudice subject to either party reopening the action on or before June 13, 2022. The Court retains jurisdiction for purposes of enforcing the settlement until June 13, 2022. After June 13, 2022, absent a further order of the Court, the Clerk is ordered to dismiss this action with prejudice. All other dates in this action, including the trial date are vacated.

IT IS SO ORDERED.

| | : | 08 |
|---|---|---|
| | Initials of Preparer | kss |